# EXHIBIT 1

Electronically Filed by Superior Court of California, County of Orange, 09/17/2019 01:00:39 PM.
DAVID H. YAMASAKI, Clerk of the Court By Mark Gutierrez, Deputy Clerk. 30-2019-01098508-CU-BC-CJC ROA # 2

FRIEDMAN STROFFE & GERARD, P.C.
ROBERT GERARD (SBN 131911)
   rgerard@fsglawyers.com
RICHARD W. MILLAR, JR. (SBN 39777)
   rmillar@fsglawyers.com
19800 MacArthur Boulevard, Suite 1100
Irvine, California 92612
(949) 265-1100 Phone
(949) 265-1199 Facsimile

Attorneys for Plaintiff,
COMPETENT SOFTWARE PVT. LTD.

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| COMPETENT SOFTWARE PVT. LTD., a privately held company in New Delhi, India,<br><br>    Plaintiff,<br><br>v.<br><br>CORELOGIC SOLUTIONS, LLC, a California limited liability company; DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 30-2019-01098508-CU-BC-CJC<br><br>Judge Theodore Howard<br><br>**COMPLAINT**<br>**[BREACH OF CONTRACT;**<br>**COMMON COUNTS]** |

1
**COMPLAINT**

3878594.2

COMES NOW, Plaintiff and for causes of action against Defendants, and each of them, alleges as follows:

### FIRST CAUSE OF ACTION

### [Breach of Contract]

### (Against All Defendants)

1. At all times herein mentioned, Plaintiff Competent Software Pvt. Ltd., was and is a privately held company in in New Delhi, India, and was and is engaged in the business of providing data entry, software and related services to customers involved in the real estate industry.

2. At all times herein mentioned, Defendant CoreLogic Solutions, LLC was and is limited liability company organized and existing under and by virtue of the laws of the State of California, with its principal place of business in the City of Irvine, County of Orange, State of California.

3. The true names and capacities, whether individual, corporate, associate or otherwise, of the defendants Does 1 through 25, inclusive, are at this time unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names, and Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

4. Plaintiff is informed and believes and on the basis of such information and belief alleges, that at all times herein mentioned, Defendants, and each of them, were the agents, servants and employees of the remaining Defendants, and of each other, and that at all times herein mentioned, Defendants, and each of them, were acting in the course and scope of such agency and employment.

5. On or about October 16, 2008, Plaintiff and Defendant's predecessor, First American Real Estate Information Services, Inc., entered into a written agreement entitled, "Master Services Agreement," under which, among other things, Plaintiff would perform certain data entry and software related services and Defendants and each of them would pay for said services in accordance with invoices therefor. The agreement is specified

confidential. Plaintiff will attempt to obtain a sealing order prior to filing it. In or about 2010, Defendants and each of them, including Defendant CoreLogic Solutions, LLC, succeeded to the interests of their predecessor, First American Real Estate Information Services, Inc., under the Master Services Agreement.

6. The Master Services Agreement provides, among other things, that each party thereto submits to the jurisdiction of any state or federal court sitting in Orange County, California, and waives any objection based on lack of personal jurisdiction, improper venue, or forum non-conveniens with respect to actions brought in the Orange County Superior Court.

7. Plaintiff has performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms and conditions of the Master Services Agreement and has so performed since the execution of the agreement.

8. In or about March 2018, Defendants and each of them, pursuant to the terms of the Master Services Agreement announced that they would discontinue Plaintiff's services by September 3, 2018.

9. On or about June 30, 2018, Defendants and each of them, breached the contract by failing to pay Plaintiff's non-disputed invoice for services for June 2018, July 2018 and August 2018 relating to the termination of the contract on or about September 3, 2018.

10. As a result of the breaches of contract by Defendants, and each of them, Plaintiff has been damaged in the approximate sum of $878,952.70.

11. The Master Services Agreement additionally provides, among other things, that the prevailing party in any legal or other proceedings shall be entitled to recover from the other party its costs incurred in connection with the enforcement of the agreement, including but not limited to attorney's fees, expenses, and costs of investigation.

/ / /
/ / /
/ / /
/ / /

## SECOND CAUSE OF ACTION

### [Work, Labor & Services Rendered]

### (Against All Defendants)

12. Plaintiff repeats and realleges each and every allegation contained in Paragraph 1 through 4, inclusive, and Paragraph 11 of its First Cause of Action and incorporates the same by reference as though fully set forth herein.

13. Within four (4) years last past, in Orange County, California, Defendants, and each of them, became indebted to Plaintiff in the agreed sum of $878,952.70, for work, labor and services performed by Plaintiff for Defendants, and each of them, at their special request.

14. No payment has been made, although demand therefor has been made, and there is now due, owing and unpaid the sum of $878,952.70, together with interest thereon from June 2018 at the rate of ten percent (10%) per annum.

## THIRD CAUSE OF ACTION

### [Reasonable Value of Work, Labor & Services]

### (Against All Defendants)

15. Plaintiff repeats and realleges each and every allegation contained in Paragraph 1 through 4, inclusive, and Paragraph 11 of its First Cause of Action and incorporates the same by reference as though fully set forth herein.

16. Within four (4) years last past, in Orange County, California, Plaintiff performed services for Defendants, and each of them, at their request and to pay the reasonable value therefor.

17. The fair and reasonable value of the services provided by Plaintiff to Defendants, and each of them, is at least $878,952.70.

18. No payment has been made although demand therefor has been made and is there now due and owing to Plaintiff the sum of $878,952.70, plus interest thereon since June 2018 at the rate of ten percent (10%) per annum.

///

///

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

1. For the principal sum of $878,952.70;
2. For interest thereon at the rate of ten percent (10%) per annum from and after June 1, 2018;
3. For reasonable attorney's fees;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court deems just.

Dated: September 17, 2019

FRIEDMAN STROFFE & GERARD, P.C.

By: /s/ Richard W. Millar
Robert Gerard
Richard W. Millar, Jr.
Attorneys for Plaintiff
Competent Software Pvt. Ltd.

# VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I have read the foregoing **COMPLAINT [BREACH OF CONTRACT; COMMON COUNTS]** and know its contents.

I am an officer of Competent Software Pvt. Ltd., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 12, 2019 at New Delhi, India.

_____
SANJAY GARG

3878823.1

1
VERIFICATION